No. 3159. SUCESORES DE GILET & ARCE, S. EN C., APELADOS *v.* VÁZQUEZ, APELANTE.—No. 3160. SUCESORES DE COSIO &

Primo, S. en C., Apelados, *v.* Vázquez, Apelantes.—C. de D. de Ponce. R. dic. 18, 1923. Habiéndose archivado la transcripción de los autos en la Secretaría de este Tribunal en sep. 20, 1923 y apareciendo que las apelantes no han radicado alegato alguno dentro del término reglamentario ni solicitado prórroga, se declaró con lugar la moción y se desestimó el recurso.